# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Initial/Arraignment on Superseding Indictment

| | | | |
|---|---|---|---|
| Case Number: | 3:18cr67-003 | UNITED STATES vs. BYRD | |
| Hearing Date: | 6/29/2018 | Time In and Out: | 20 min./10:51:54-11:11:14 |
| Clerk: | Winnie Goodwin | Courtroom: | 6-D |
| Defendant: | Cortez LaKeith Byrd a/k/a Byrd | Defendant's Counsel: | Jessica Bourne |
| AUSA | Keesha Middleton | Pretrial/Probation: | Robert Wilder, Jr. |
| Interpreter: | n/a | | |

## PROCEEDINGS

- ☒ Defendant sworn
- ☐ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant waives reading of Superseding Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Discovery Order entered
- ☒ Trial Date:  September 4, 2018

## Custody Status

- ☒ Defendant  previously detained
- ☐ Conditions

## Other

- ☐